**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| THOMAS, WADE | ) | |
| | ) | CASE NO. 07-10924 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          Kane County Courthouse
          100 S. 3rd Street, Room 140
          Geneva, IL  60134

    on:   **November 20, 2008**
    at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                  $           25,061.86

    b. Disbursements                             $            1,723.51

    c. Net Cash Available for Distribution       $           23,338.35

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $   3,256.19 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $   966.53 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $94,556.87, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $20.22%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 4,259.01 | $ 861.01 |
| 2 | Fifth Third Bank | $ 18,160.79 | $ 3,671.39 |
| 3 | Chase Bank USA | $ 9,718.58 | $ 1,964.71 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 12,947.29 | $ 2,617.42 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 24,821.24 | $ 5,017.86 |
| 6 | RBS Citizens, N.A. | $ 24,649.96 | $ 4,983.24 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account (US Bank) - $100.00; Household Goods - $2,000.00; Wearing Apparel - $100.00; Jewelry - $100.00; 100% Ownership (Thomas Enterprises, Inc.) – $0.00; 1999 Nissan Maxima - $3,000.00; 2000 Harley Davidson FXST - $7,000.00; 2006 Nissan UD - $35,000.00; 1999 International 9400 - $10,000.00; 2001 Kenworth T-300 - $15,000.00

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential

value to the estate.

Dated:    **October 28, 2008**                    For the Court,

                                      By:    **KENNETH S. GARDNER**
                                             Kenneth S. Gardner
                                             Clerk of the United States Bankruptcy Court
                                             219 S. Dearborn Street, 7th Floor
                                             Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1              Date Rcvd: Oct 28, 2008
Case: 07-10924                Form ID: pdf002             Total Served: 31

The following entities were served by first class mail on Oct 30, 2008.
db           +Wade Thomas,    1748 Division Street,    Saint Charles, IL 60174-4605
aty          +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
               Batavia, IL 60510-3169
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11567989     +1st LEADING CARGO,    380 INTERNATIONAL DR STE C,    BOLINGBROOK IL 60440-3638
11430584     +ABN Amro Mortgage Group Inc,    McCalla Raymer et al,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
11430585     +Advanced Financial Solutinos, Inc.,    215 E. Prk Ave.,    Libertyville, IL 60048-2871
11567990      CANANWILL INC,    PO BOX 19639,    NEWARK NJ 07193-0639
11567991     +CHARTER ONE BANK,    C/O LEADING EDGE RECOVERY,    8550 W BRYN MAWR #350,    CHICAGO IL 60631-3221
11777698     +CarMax Auto Finance,    Bankruptcy Department,    P.O. Box 440609,    Kennesaw, GA 30160-9511
11430586     +Carmax Auto Finance,    PO Box 3174,    Milwaukee, WI 53201-3174
11430589     +Charter One,    PO Box 9665,    Providence, RI 02940-9665
11430587     +Charter One,    1215 Superior Ave.,    Cleveland, OH 44114-3299
11584034      Chase Bank USA,    c/o Weinstein & Riley, P.S.,,    PO Box 3978,    Seattle, WA 98124-3978
11430590     +Chase Card Services,    Box 15153,    Wilmington, DE 19886-5153
11430591      Chase Circuit City,    PO Box 15291,    Wilmington, DE 19886-5291
11430592     +Citi Business card,    Box 688915,    Des Moines, IA 50368-8915
11430593     +Citi Cards,    POB 688917,    Des Moines, IA 50368-8917
11683703     +CitiMortgage Inc,    PO Box 9481,    Gaithersburg, MD 20898-9481
11430595     +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
11563461      Fifth Third Bank,    1850 E Paris SE - Bankruptcy Department,    Grand Rapids MI 49546,
               MD# ROPS-05
11430596     +Fredrick C. Hall,    c/o Drendel & Drendel, P.C.,    201 Houston St., Ste. 300,
               Batavia, IL 60510-1980
11430597     +Hitachi Capital,    21925 Network Place,    Chicago, IL 60673-1219
11430598     +Key Equipment Finance,    600 Travis, Suite 1300,    Houston, TX 77002-3005
11652301     +RBS Citizens, N.A.,    PO Box 7054,    Bridgeport CT 06601-7054
11430602     +US Ban Corp,    PO Box 790179,    Saint Louis, MO 63179-0179
11430603     +Veronica Thomas,    201 N. Tyler Rd., Apt. 125,    Saint Charles, IL 60174-2353
11430604     +Washington Mutual Card Services,    PO Box 660487,    Dallas, TX 75266-0487
The following entities were served by electronic transmission on Oct 29, 2008.
11430594      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49     Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130-0395
11556913      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
11632391      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11632438      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11430599      Thomas Enterprises, Inc.
11430600      Thomas Enterprises, Inc.
11430601      Thomas Enterprises, Inc.
11430588*    +Charter One,    1215 Superior Ave.,    Cleveland, OH 44114-3299
                                                                                              TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2008**                   **Signature:** *Joseph Speetjens*